# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Beverage Dispensing Solutions, LLC,<br>*Plaintiff(s)* | |
| v. | Case Number:  13-1127-JPG-PMF |
| The Coca-Cola Company,<br>*Defendant(s)* | |

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 2 & 3          DOCUMENT TITLE: Complaint & Status Report

One of the following errors/deficiencies has been identified in the document listed above:

☒  **Document 2** – Complaint is missing the District Court case number **13-1127-JPG-PMF.**

   **Document 3** – Status Report should not have been filed – document attached is the AO 120 form that is to be signed and filed by the Clerk's Office.

### ACTION TAKEN BY CLERK'S OFFICE

☒  **Document 2** – Notice of Errors for informational purposes.

   **Document 3 – Docket entry STRICKEN as Ordered by the Court.**

### ACTION REQUIRED BY FILER

☒  No further action required by the filer as to these documents.

Dated: November 1, 2013

NANCY J. ROSENSTENGEL, Clerk of Court

By:  *s/ Tammy McMannis*
Deputy Clerk