IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **BEVERAGE DISPENSING SOLUTIONS, LLC,**<br><br>                              **Plaintiff,**<br><br>v.<br><br>**THE COCA-COLA COMPANY,**<br>                              **Defendant.** | **CIVIL ACTION**<br><br>**Case No. 1:14-CV-00220-RLV** |

## NOTICE OF WITHDRAWAL

COMES NOW, The Simon Law Firm, P.C., and hereby files this Notice of Withdrawal, withdrawing as local counsel for Beverage Dispensing Solutions. The Simon Law Firm, P.C. was retained solely as local counsel when this matter was initially filed in the Southern District of Illinois. Now that this matter has been transferred to the Northern District of Georgia, Atlanta Division, lead counsel, Timothy Grochocinski, InnovaLaw, P.C., 1900 Ravinia Place, Orland Park, IL 60462 will continue to represent Plaintiff.

DATE:        January 31, 2014                         Respectfully Submitted,

                                                                **THE SIMON LAW FIRM, PC**

                                                                 /s/ Anthony G. Simon
                                                                 Anthony G. Simon
                                                                 asimon@simonlawpc.com
                                                                 John G. Simon
                                                                 jsimon@simonlawpc.com
                                                                 Benjamin R. Askew
                                                                 baskew@simonlawpc.com
                                                                 Michael P. Kella
                                                                 mkella@simonlawpc.com
                                                                 800 Market Street, Suite 1700
                                                                 St. Louis, Missouri 63101
                                                                 P. 314-241-2929
                                                                 F. 314-241-2029

                                                                *ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served upon all counsel of record this 31st day of January, 2014 via the Court's CM/ECF system.

 /s/ Anthony G. Simon  
Anthony G. Simon
